

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2018

No. 04-17-00673-CV

**BITTERROOT HOLDINGS, LLC** (Cross-Appellee),
Appellant

v.

**HB PROPERTIES I, LLC** (Cross-Appellant),
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-01352
Honorable David A. Canales, Judge Presiding

## O R D E R

On December 15, 2017, the clerk of this court notified the court reporter, Luis Duran, Jr., by letter that he is the court reporter responsible for timely filing the reporter's record in this appeal and that the reporter's record is late. The clerk explained that if the reporter's record has not been filed because (1) the appellant has failed to pay or make arrangements to pay the reporter's fee and (2) the appellant is not entitled to appeal without paying the fee, the court reporter must file a notification of late record stating such fact within ten days. Otherwise, the court reporter must file the reporter's record within thirty days.

The court reporter did not timely file a notification of late record, nor has he filed the reporter's record. We, therefore, **ORDER** Luis Duran, Jr. to file the reporter's record no later than February 8, 2018. If the reporter's record is not received by such date, an order may be issued directing Luis Duran, Jr. to appear and show cause why he/she should not be held in contempt for failing to file the record.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of January, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court